# FEIN, SUCH & CRANE, LLP
## Attorneys At Law

Northern New York Partner
Relin, Goldstein & Crane, LLP
1800 First Federal Plaza
Rochester, New York 14614
585-232-7400   Fax 585-325-6201

May 18, 2011

United States Bankruptcy Court
Hon. John C. Ninfo II
1220 US Courthouse
Room 1400
100 State Street
Rochester, NY 14614

Re: The Bank of New York Trust Company, N.A. vs. Charles
Case No. 10-13533 REL

Dear Hon Littlefield:

    This letter is written to withdraw the Proof of Claim filed on behalf of The Bank of New York Trust Company.  The loan has been paid in full.  Thank you in advance.
    If you have any questions, please contact the undersigned.

    Very respectfully,
    FEIN, SUCH & CRANE, LLP


    /s/  Reagan Weinhart
    Reagan Weinhart
    Bankruptcy Manager

CC  John Belluscio
    Kenneth W. Gordon