UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
1220 U.S. Courthouse
100 State Street
Rochester, New York 14614
www.nywb.uscourts.gov

In re:

CHARLES R. LIVECCHI, SR.,            Case No. 09-20897
                                                                          Chapter 7
            Debtor.

**NOTICE TO CREDITORS OF TRUSTEE'S INTENT TO ABANDON PROPERTY**

TO CREDITORS AND OTHER PARTIES IN INTEREST:

       PLEASE TAKE NOTICE that the Trustee, Kenneth W. Gordon,1039 Monroe Avenue, Rochester, New York 14620, intends to abandon certain property of the estate commonly known as:

                     46 Hallenbeck Avenue, Geneva, New York 14456

Grounds for abandonment: The property is in poor condition with numerous code violations; the City of Geneva removed all tenants from the property and the debtor has continued to fail to cooperate with the Trustee.

       Also, inspections by Contractors and repair estimates total in excess of $60,000.00; there is also a plumbing repair bill for work done on the property in the amount of $8,170.89 which was authorized by the debtor without notice to or consent from the estate. In addition, the City of Geneva has advised that over $33,000.00 in real estate taxes, fines, fees and assessments are owed on the property.

       Finally, it is estimated that after all repairs are done to the property its value would be in the range of $70,000.00 to $75,000.00 which leads the Trustee to the conclusion, based on the above, that there appears to be little or no remaining equity and the property is a burden to the estate.

       PLEASE TAKE NOTICE that the above referenced property will be deemed abandoned without further notice or Court order unless an objection or a request for a hearing is filed with the Bankruptcy Court Clerk and the Trustee by _____. If a timely objection is filed, a hearing will take place before the Honorable Paul R. Warren at _____ on _____ at _____.

                                                                    _____

Dated: _____                                        Lisa Bertino Beaser, Esq.
                                                                    Acting Clerk, U.S. Bankruptcy Court