UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

CHARLES R. LIVECCHI, SR.,

        Debtor.

Chapter 7
Case No: 09-20897

F I L E D
AUG 29 2012
BANKRUPTCY COURT
ROCHESTER, NY

## ORDER OF ABANDONMENT OF CERTAIN REAL PROPERTY: 46 HALLENBECK AVENUE, GENEVA, NEW YORK

Chapter 7 Trustee, Kenneth W. Gordon, as Trustee for the Estate having filed a Notice of Intent to Abandon certain real property of the estate, commonly known as 46 Hallenbeck Avenue, Geneva, New York, on July 5, 2012; Debtor, Charles R. Livecchi, Sr., having filed opposition to the Trustee's Intent to Abandon certain real property of the estate, commonly known as 46 Hallenbeck Avenue, Geneva, New York, on July 30, 2012; The Trustee having filed a response to the debtor's opposition on August 6, 2012; and

Upon the appearance on August 9, 2012 of Kenneth Gordon, Trustee; and Charles R. Livecchi, Sr., Debtor and based on the papers and proceedings herein, and after due deliberation, and the debtor's withdrawal of opposition; it is hereby

**ORDERED**, that the Trustee's Intent to Abandon certain real property of the estate, commonly known as 46 Hallenbeck Avenue, Geneva, New York is granted; and it is further

**ORDERED**, that, once this Order is signed, the Debtor will legally own and control the property located at 46 Hallenbeck Avenue, Geneva, New York and this Court has no jurisdiction over the property or any claims that arise or are related to said property.

Dated: August 29, 2012
      Rochester, New York

HONORABLE PAUL R. WARREN
U.S. BANKRUPTCY COURT JUDGE