# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: andrews | Date Created: 8/29/2012 |
| Case: 2–09–20897–PRW | Form ID: pdfattch | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     Kathleen Dunivin Schmitt, 11     USTPRegion02.RO.ECF@USDOJ.GOV
tr     Kenneth W. Gordon     lgordons@rochester.rr.com
aty     Kenneth W. Gordon     lgordons@rochester.rr.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Charles R Livecchi, Sr.     96 Boca Avenue     Rochester, NY 14626

TOTAL: 1