**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br>　　Charles R Livecchi Sr.<br>　　　dba Sole Officer and Shareholder of<br>　　　CRL Management, Inc.<br><br>　　　　　　　　Debtor(s) | Case No.: 2–09–20897–PRW<br>Chapter: 7<br><br>SSN:　xxx–xx–8619 |

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **August 29, 2012**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Date: August 29, 2012　　　　　　　　　　　　　Lisa Bertino Beaser
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Form ntcentry/Doc 1107
www.nywb.uscourts.gov