# Notice Recipients

District/Off: 0209–2    User: andrews    Date Created: 8/29/2012
Case: 2–09–20897–PRW    Form ID: ntcentry    Total: 4

**Recipients of Notice of Electronic Filing:**
ust    Kathleen Dunivin Schmitt, 11    USTPRegion02.RO.ECF@USDOJ.GOV
tr    Kenneth W. Gordon    lgordons@rochester.rr.com
aty    Kenneth W. Gordon    lgordons@rochester.rr.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Charles R Livecchi, Sr.    96 Boca Avenue    Rochester, NY 14626

TOTAL: 1