# Notice Recipients

District/Off: 0209−2 | User: saetta | Date Created: 5/7/2015
Case: 2−09−20897−PRW | Form ID: pdforder | Total: 3

**Recipients of Notice of Electronic Filing:**
tr     Kenneth W. Gordon     lgordons@rochester.rr.com
aty    Kenneth W. Gordon     lgordons@rochester.rr.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Charles R Livecchi, Sr.     96 Boca Avenue     Rochester, NY 14626

TOTAL: 1