UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

Charles R Livecchi Sr.
  dba Sole Officer and Shareholder of
CRL Management, Inc.

Case No.: 2−09−20897−PRW
Chapter: 7

SSN: xxx−xx−8619

Debtor(s)

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **May 7, 2015**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #1574: Order Approving The Trustee's Final Report and Final Applications For Compensation And Directing That Assets Be Excepted From Abandonment. Signed on 5/7/2015 (RE: related document(s)1566 UST Certification with Trustee Final Report filed by U.S. Trustee Kathleen Dunivin Schmitt). NOTICE OF ENTRY. (Saetta, K.)

Date: May 7, 2015

Lisa Bertino Beaser
Clerk of Court

Form ntcentry/Doc 1574
www.nywb.uscourts.gov