# Notice Recipients

| District/Off: 0209–2 | User: saetta | Date Created: 5/7/2015 |
|---|---|---|
| Case: 2–09–20897–PRW | Form ID: ntcentry | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr      Kenneth W. Gordon      lgordons@rochester.rr.com
aty      Kenneth W. Gordon      lgordons@rochester.rr.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Charles R Livecchi, Sr.      96 Boca Avenue      Rochester, NY 14626

TOTAL: 1